# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICHOLAS ADDISON,                                                                                           PLAINTIFF
ADC #162451

v.                                            3:16CV00189-BRW-JJV

GREEN COUNTY
DETENTION CENTER                                                                                          DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Nicholas Addison ("Plaintiff") filed this action *pro se* and under 42 U.S.C. § 1983. (Doc. No. 1.) Plaintiff is a three-striker[1] within the meaning of 28 U.S.C. § 1915(g)[2] of the Prison Litigation Reform Act ("PLRA"). *Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003). I determined Plaintiff's initial Complaint to be deficient because the Greene County Detention Center is not a "person" and cannot be sued. (Doc. No. 2 at 1.) Plaintiff also failed to state any factual basis to support his allegations of starvation. (Doc. No. 1.) On July 28 I informed Plaintiff of the deficiencies in his Complaint and provided him the opportunity to correct them via an Amended Complaint within thirty (30) days. (*Id*. at 2.) More than thirty (30) days have passed and Plaintiff

---

[1] *Addison v. Martin*, Case No. 3:15CV00001 (E.D. Ark. 2015); Addison v. Muse, Case No. 3:15CV00133 (E.D. Ark. 2015); Addison v. Martin, Case No. 3:15CV00096 (E.D. Ark. 2015).

[2] In relevant part it provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

has not submitted an Amended Complaint. He was warned that failure to do so would result in a recommendation that this action be dismissed without prejudice. (Doc. No. 2. at 2.)

## **CONCLUSION**

IT IS, THEREFORE, RECOMMENDED that:

1. This action be DISMISSED without prejudice due to Plaintiff's failure to state a claim upon which relief may be granted.

2. Dismissal of this action count as a "strike" for purposes of 28 U.S.C. § 1915(g).[3]

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 29th day of August, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[3] Title 28 U.S.C. § 1915(g) provides that: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . ."