IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS ADDISON**
**ADC #162451**                                                                                                             **PLAINTIFF**

**VS.**                                     **3:16-CV-00189-BRW**

**GREEN COUNTY DETENTION CENTER**                                                          **DEFENDANT**

### ORDER

I have received the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Joe Volpe.[1]  No objections have been filed and the time for doing so has passed.[2]  After careful consideration, I adopt the Recommendation in its entirety as my findings in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

This dismissal counts as a strike under 28 U.S.C. § 1915(g).[3]  I certify that an *in forma pauperis* appeal taken from this order and the judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED this 20th day of September, 2016.

                                                            /s/Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.

[2] The response was due September 15, 2016.

[3] 28 U.S.C. § 1915(g) ("In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . .").