IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS ADDISON**
**ADC #162451**                                                                                           **PLAINTIFF**

**VS.**                                      **3:16-CV-00189-BRW**

**GREEN COUNTY DETENTION CENTER**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered earlier today, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

This dismissal counts as a strike under 28 U.S.C. § 1915(g).[1]

I certify that an *in forma pauperis* appeal taken from the order dismissing this action and this judgment would be frivolous and not taken in good faith.

IT IS SO ORDERED this 20th day of September, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g) ("In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . .").